UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHAUN POWELL,

                        Plaintiff,

          -against-

THE STATE OF NEW YORK; THE DEPARTMENT OF CORRECTION,

                      Defendants.

21-CV-4172 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued August 4, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 4, 2021
             New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge